No. 04–618. SILVERSTEIN *v.* PENGUIN PUTNAM, INC. C. A. 2d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.